**CJA 23**
Rev. 5/98

# FINANCIAL AFFIDAVIT

### IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

| IN UNITED STATES | ☐ MAGISTRATE | ☐ DISTRICT | ☐ APPEALS COURT or | ☐ OTHER PANEL (Specify below) | | LOCATION NUMBER |
|---|---|---|---|---|---|---|

IN THE CASE OF

| | | |
|---|---|---|
| USA | v.s. | Melo, et al. |

FOR: Filed 7/23/03
AT:

PERSON REPRESENTED (Show your full name)
Gregory Warren

| 1 ☑ Defendant—Adult |
| 2 ☐ Defendant - Juvenile |
| 3 ☐ Appellant |
| 4 ☐ Probation Violator |
| 5 ☐ Parole Violator |
| 6 ☐ Habeas Petitioner |
| 7 ☐ 2255 Petitioner |
| 8 ☐ Material Witness |
| 9 ☐ Other |

DOCKET NUMBERS
Magistrate
03-89-LPC (000)
District Court
Court of Appeals

CHARGE/OFFENSE (describe if applicable & check box →)   ☑ Felony   ☐ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**EMPLOYMENT**

Are you now employed?  ☐ Yes   ☐ No   ☑ Am Self-Employed

Name and address of employer: _____

IF YES, how much do you earn per month? $ 2000 - 3000 / Mo

IF NO, give month and year of last employment
How much did you earn per month? $ _____

If married is your Spouse employed?  ☐ Yes   ☐ No

IF YES, how much does your Spouse earn per month? $ _____

If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**ASSETS**

**OTHER INCOME**

Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form the form of rent payments, interest, dividends, retirement or annuity payments, or other sources?   ☐ Yes   ☐ No

IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES

RECEIVED $ 5000
SOURCES Sale of my business - Clarks Auto

**CASH**

Have you any cash on hand or money in savings or checking accounts?   ☐ Yes   ☑ No   IF YES, state total amount $ _____

**PROPERTY**

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?   ☐ Yes   ☑ No

IF YES, GIVE THE VALUE AND DESCRIBE IT

| VALUE | DESCRIPTION |
|---|---|
| | |
| | |
| | |

**OBLIGATIONS & DEBTS**

**DEPENDENTS**

MARITAL STATUS
____ SINGLE
____ MARRIED
____ WIDOWED
✓ SEPARATED OR DIVORCED

Total No. of Dependents: 6

List persons you actually support and your relationship to them
Gregory Sean Christina - DAD   # 179 wk.
Anthony - Dad   $ 80 Mo.
Dasdelle - Dad   $ 80 Mo.
Ashley - Dad   $ 80 Mo.

**DEBTS & MONTHLY BILLS**
(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME: | Creditors | Total Debt | Monthly Paymt. |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date):

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED)   ▶   X _[signature]_   7/23/03