# UNITED STATES DISTRICT COURT

_____ District of _____

Filed 7/25/03

## APPEARANCE

CASE NUMBER: M$03-00089$

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for  *Gregory S. Warren*

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 7-25-03 | *Priscilla Facha DiMaio* |
| Date | Signature |
| | PRISCILLA FACHA DIMAIO    564300 |
| | Print Name    Bar Number |
| | 215 BROADWAY |
| | Address |
| | PROVIDENCE    RI    02903 |
| | City    State    Zip Code |
| | 401-273-3900    401-453-1230 |
| | Phone Number    Fax Number |

5