UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES ) <br> ) <br> v. ) <br> ) <br> JOHN MELO ) | Cr. No. MJ-03-00089-LPC |

## MOTION FOR ADMISSION PRO HAC VICE

Now comes undersigned counsel, Michael C. Andrews, and moves for the admission pro hac vice of attorneys John MacDonald and John Larochelle, of 15 Westminster Street, Suite 630, Providence, Rhode Island 02901 (tel. 410-421-1440).

Respectfully Submitted,
John Melo
By his attorney

Michael C. Andrews
21 Custom House Street
Boston, Massachusetts 02110
(617) 951-0072
BBO# 546470