UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF THE COMMONWEALTH OF MASSACHUSETTS

UNITED STATES OF AMERICA

V                                          Cr. No. MJ-03-000-LPC

GREGORY WARREN

### MOTION FOR ADMISSION PRO HAC VICE

Now comes the undersigned attorney, PRISCILLA FACHA DIMAIO, and moves for the admission pro hac vice of Attorney Paul J. DiMaio, of 215 Broadway, Providence, Rhode Island, 02903 (401)272-3900, as co-counsel of record on the above entitled matter.

Further, in support of said Motion your Petitioner attaches an affidavit and certificates of goods standing on behalf of Attorney Paul J. DiMaio pursuant to Rule 83.5.3 of the Local Rules of the United States District Court for the District of the Commonwealth of Massachusetts.

WHEREFORE, your Petitioner so moves.

GREGORY WARREN
By His Attorney:

PRISCILLA FACHA DIMAIO
Attorney (Bar #: 564300)
215 Broadway
Providence, RI 02903
401-272-3900

**SAID MOTION TO BE HEARD:**        **AUGUST 14TH, 2003 / 2:00 PM**

## **CERTIFICATION**

I, the undersigned, do hereby certify that on the 30th day of July, 2003, I mailed a true copy of the within to United States District Attorney Weinreb, United States's Attorney's Office, Federal Court, Boston, MA.

*[signature]*