# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF THE COMMONWEALTH OF MASSACHUSETTS

UNITED STATES OF AMERICA

V                                                        Cr. No. MJ-03-000-LPC

GREGORY WARREN

## AFFIDAVIT

I, Paul J. DiMaio, attorney, 215 Broadway, Providence, Rhode Island, so state under the pains and penalty of perjury that the following are true and accurate statements:

1. I am a member in good standing to practice law in the State of Rhode Island, (State and Federal Court). See attached certificates of good standing from the State and Federal clerk's offices;

2. That I have been licensed to practice law in the State of Rhode Island since 1968;

3. That there are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction; and,

4. That I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

PAUL J. DIMAIO, Esquire
215 Broadway
Providence, RI 02903
401-272-3900

STATE OF RHODE ISLAND
Providence County

That on the 29th day of July, 2003, Paul J. DiMaio, a person known to me, appeared in Providence, Rhode Island, and did affix his signature to this Affidavit.

PRISCILLA FACHA DIMAIO
Notary
My Commission expires: 3-25-06



# UNITED STATES DISTRICT COURT
### District of Rhode Island

### CERTIFICATE OF GOOD STANDING

I, David A. DiMarzio, Clerk of the United States District Court for the District of Rhode Island,

**DO HEREBY CERTIFY** that Paul J. DiMaio was duly admitted to practice in said Court on May 5, 1975 and is in good standing as a member of the bar of said Court.

Dated at Providence                David A. DiMarzio, Clerk

on July 29, 2003                   By *Corletta R. Zinni*
                                   Data Quality Administrator



# RHODE ISLAND SUPREME COURT

Office of the Clerk  Licht Judicial Complex
250 Benefit Street
Providence, RI 02903

State of Rhode Island and Providence Plantations

This Certifies

That   Paul J DiMaio                                            of

Johnston, Rhode Island              is an

Attorney and Counsellor of the Supreme Court

of the State of Rhode Island, and as such was on the 8th day of November A.D. 1968 admitted to practice in all the courts of said State, as appears of record in this the office of the clerk of the Supreme Court of said State and is in good standing and qualified to practice in said Courts. The Supreme Court is the highest Court in the State.

Given under my hand and the seal of said Supreme Court at Providence, this _____ day of _____, A.D. 20____

_____
Acting Clerk.