AO 458 (Rev. 5/85) Appearance

# United States District Court

_____ DISTRICT OF _____

Filed 8/14/03

## APPEARANCE

CASE NUMBER: 03-M0089-LPC

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for  *Gregory S Warren*

8/14/03
Date

*Paul P. DiMaio*
Signature

PAUL J. DIMAIO
Print Name

25 BROADWAY
Address

PROVIDENCE   RI   02903
City              State         Zip Code

401-2723900
Phone Number