AO458 (Rev. 5/85) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF  MA

**APPEARANCE**

Case Number: 03-10361-RWZ

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for  *Greg Warren*

Date: Dec 18, 2003

Signature: *John McBride*

Print Name: John McBride

Address: 240 Commercial St

City: Boston   State: MA   Zip Code:

Phone Number: 617-367-8844