UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.           ) | Crim. No. 03-10361-RWZ |
| ) | |
| JOHN MELO et al.      ) | |



ASSENTED-TO MOTION TO
CONTINUE INITIAL STATUS CONFERENCE

The United States, with the assent of all defendants, hereby moves to continue the initial status conference for a period of 30 to 60 days. As grounds therefore, the government states as follows:

1. The initial status conference in this case is currently scheduled for January 27, 2004. Defense counsel have consulted with one another and have informed the government that they need an additional 30 - 60 days to review the already-produced discovery in order to determine whether they need relief from the timing requirements of Local Rule 116.3, additional discovery, a motions date, and other matters normally decided at the initial status conference.

2. The government does not object to continuing the initial status conference for a period of 30 -60 days.



WHEREFORE, the government, with the assent of all defendants, respectfully requests that the initial status conference be continued for a period of 30 - 60 days.

    Respectfully submitted,

    MICHAEL J. SULLIVAN
    UNITED STATES ATTORNEY

By: /s/ William D. Weinreb
    WILLIAM D. WEINREB
    Assistant U.S. Attorney
    One Courthouse Way
    Boston, MA 02119
    (617) 748-3222


CERTIFICATE OF SERVICE

A copy of this motion was served by first-class mail upon counsel of record for all defendants this 23rd day of January, 2004

    /s/ William D. Weinreb
    WILLIAM D. WEINREB
    Assistant U.S. Attorney