UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 03-10361-RWZ |
| | ) | |
| GREGORY WARREN | ) | |
| | ) | |

## MOTION FOR COLLOQUY CONCERNING COUNSEL'S CONTINUED REPRESENTATION OF DEFENDANT GREGORY WARREN

The United States of America respectfully moves this Court to conduct a colloquy with defendant Gregory Warren ("Warren") to ensure that he is familiar in all material respects with the recent Board of Bar Overseers decision recommending that his counsel, John C. McBride, be suspended from the practice of law for three years, and to determine whether Warren is satisfied with Mr. McBride's past and continued representation of him.

On November 24, 1999, Bar Counsel filed a multi-count petition for discipline against Mr. McBride alleging that Mr. McBride had acted without client authority, had made misrepresentations to clients, had charged excessive fees, and had neglected various client matters, among other things. On or about December 11, 2003, the Board of Bar Overseers granted the petition and recommended that Mr. McBride be suspended from the practice of law for three years. The Board relied in part on Mr.

McBride's history of prior discipline for "closely related misconduct."  (A copy of the Board's hearing report is attached.)

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
WILLIAM D. WEINREB
Assistant U.S. Attorney

### CERTIFICATE OF SERVICE

A copy of this motion was served by first-class mail upon Gregory Warren's counsel, Paul D. DiMaio, Esq. and Priscilla Facha DiMaio, Esq., 215 Broadway, Providence, RI  02903, and John C. McBride, 240 Commercial St., Boston MA 02109, this 2nd day of February, 2004.

_____
WILLIAM D. WEINREB