UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

                              CRIMINAL ACTION
                              NO.  03-10361 RWZ

v.

GREGORY WARREN, DEFENDANT

## NOTICE OF MOTION HEARING

COHEN, U.S.M.J.                                                                 February 9, 2004

      TAKE NOTICE that the above-entitled case has been set for a Motion Hearing re: Motion for Colloquy, on **February 17**, at 2:15pm, in Courtroom No. 23, 7th floor, U.S. District Court, 1 Courthouse Way, Boston, Massachusetts.

                                                                                   By the Court,

                                                                                  /s/ Maria Simeone
                                                                                  Deputy Clerk

Copies to:  All Counsel