UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No.
03-10361-RWZ

UNITED STATES OF AMERICA

v.

GREGORY WARREN

AMENDED[1]
FINAL STATUS REPORT

June 14, 2004

COHEN, M.J.

At an interim status conference held on May 25, 2004, counsel for the above-named defendant reported that this defendant intends to offer a plea of guilty. As of that date, only fourteen (14) days have elapsed on the Speedy Trial clock. The case is accordingly ordered reported back to the district judge to whom this case is assigned to schedule a Rule 11 hearing.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] This amendment corrects the first name of the defendant Gregory Warren, erroneously referred to I the original Final Status Report as John Warren.