UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**UNITED STATES OF AMERICA**   )
                               )   Criminal No. 03-10361-RWZ
      **v.**                   )
                               )
**GREGORY WARREN**

<u>**INFORMATION**</u>

Pursuant to Title 21, United States Code, Section 851(a), the United States Attorney, by Assistant United States Attorney William D. Weinreb, hereby notifies the defendant that the government will rely on the following felony drug offense as the basis for a sentencing enhancement with respect to Count One of the Indictment: the defendant's February 19, 2002 conviction in the Providence, Rhode Island Superior Court, Docket Number P2-2002-0086-A, for Possession of a Schedule I-V Controlled Substance, in violation of 21 U.S.C. § 841(a)(1) and 846.

As a result of this prior conviction, the defendant is subject to the enhanced penalties set forth in 21 U.S.C. §§ 841(b)(1)(A) & 841(b)(1)(B).

                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney

                         By:  /s/ William Weinreb
                              WILLIAM D. WEINREB
                              Assistant U.S. Attorney