UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) Docket No.: 03-10361-02 |
| V. | ) |
| | ) |
| GREGORY WARREN | ) |

## MOTION FOR DOWNWARD DEPARTURE

NOW COMES Gregory Warren and respectfully moves this Honorable Court to grant him a downward departure from the mandate of the Federal Sentencing Guidelines.

The attached memorandum of law provides additional support for this Court to grant the defendant's request.

Respectfully submitted,
Defendant,
By his attorney,

_____
John C. McBride
B.B.O. #: 326960
**McBRIDE AND NATOLA**
A Professional Association
The Waterfront Building
240 Commercial Street, Suite 2B
Boston, Massachusetts 02109
Tel #: (617) 367-8844
Fax #: (617) 523-5153

DATED: September 30, 2004