UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
)
) Docket No.:
v. ) 03-CR-10361 RWZ
)
)
GREGORY WARREN )
)

## UNOPPOSED MOTION TO CONTINUE

NOW COMES the defendant, Gregory Warren, and respectfully requests that this Honorable Court to continue his sentencing hearing, previously scheduled for October 6, 2004 to one of the following dates: **October 28th, November 16th or 24th, 2004.**

The defendant's counsel has contacted the Assistant United States Attorney, William Weinreb, who does not oppose this continuance, since the defendant is detained without bail.

Respectfully submitted,
Defendant,
By his attorney,

*/s/ John C. McBride*
John C. McBride
B.B.O. #: 326960
McBride and Natola
A Professional Association
The Waterfront Building
240 Commercial Street, Suite 2B
Boston, MA 02109
Tel #: (617) 367-8844

## CERTIFICATE OF SERVICE

I, John C. McBride, counsel for the within named Defendant hereby certifies under the pains and penalties of perjury I have forwarded a copy of the attached document via first class mail, postage prepaid <u>and/or</u> via facsimile to the following individual(s):

United States District Court
U.S. Attorney's Office
Attn: William D. Weinreb, AUSA
Suite 9200
Boston, MA 02210

U. S. Probation
Attn: Martha Victoria, U.S. Probation Officer
Suite 1200
Boston, MA 02210

_____
JOHN C. McBRIDE

DATED: October 4, 2004